1614-15

# ELECTRONIC RECORD

COA # 11-13-00317-CR          OFFENSE: 29.03

STYLE: **Andrew Ferguson v. The State of Texas**          COUNTY: Brown

COA DISPOSITION: AFFIRMED          TRIAL COURT: 35th District Court

DATE: 10/30/15          Publish: NO          TC CASE #: CR22183

## IN THE COURT OF CRIMINAL APPEALS

STYLE: **Andrew Ferguson v. The State of Texas**

PRO SE          Petition

CCA #: **PD-1614-15**

CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:

REFUSED

DATE: 05/04/2016

JUDGE: _____

DATE: _____

JUDGE: _____

SIGNED: _____          PC: _____

PUBLISH: _____          DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**